AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

John H. Newsome, III
*Plaintiff*

v.

Town of Summerton
*Defendant*

) ) ) ) ) Civil Action No. 2:25-cv-779-BHH

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff, John H. Newsome, III, recover from the defendant, Town of Summerton, damages in the amount of ONE HUNDRED THOUSAND AND NO/100 dollars ($100,000.00).

This action was *(check one)*:

☑ tried by a jury, the Honorable Judge Bruce Howe Hendricks presiding, and the jury has rendered a verdict.

Date: October 23, 2026

*CLERK OF COURT*
s/ Virginia Druce, Deputy Clerk
*Signature of Clerk or Deputy Clerk*